IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JONES,

    Plaintiff,                           CV F 03 5469 OWW   WMW   P

  vs.                                     <u>ORDER</u>

GAIL LEWIS, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Klarich. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

         DR. KLARICH

    2.    The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 17, 2003.

    3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to

1 the court with the following documents:

2     a.    Completed summons;

3     b.    One completed USM-285 form for each defendant listed above; and

4     c.    Two copies of the endorsed complaint filed April 17, 2003.

5     4.    Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

9     5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **August 29, 2005**            /s/ **William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE