IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JONES,

       Plaintiff,                           CV F 03 5469 OWW WMW   P

  vs.                                           ORDER

MS. JOHNSON, et al.,

       Defendants.

       On August 30, 2005, the court found that the operable complaint stated a claim for relief and directed plaintiff to complete the forms for service of process.  On September 23, 2005, plaintiff returned the forms for service of process.   On the USM 285 form, plaintiff indicates that his address is Avenal State Prison.   The address of record on the court's docket indicates an address of East 106th Street in Los Angeles.

       Plaintiff is advised that any time he changes residence, he must file with the court a written notice of his change of address.  This written notification must be titled "Notice of Change of Address," and must be filed as a separate document.   Because plaintiff indicated an address of Avenal State Prison on his USM 285 form, the court will assume that is his address of record.  Should plaintiff reside at a different address than Avenal State Prison, he must iinform the court.

1

1   Accordingly, the Clerk's Office is directed to change plaintiff's address of record
2   to the address provided on his USM 285 form submitted on September 23, 2005.

IT IS SO ORDERED.

**Dated:**   **September 27, 2005**                    /s/  **William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE