IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JONES,

               Plaintiff,                     CV F 03 5469 OWW WMW P

   vs.                                ORDER SUGGESTING
                                     DEATH UPON THE RECORD

GAIL LEWIS, et al.,

               Defendants.

               Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

               On November 28, 2005, the court received from the U.S.  Marshal a USM 285 form for service of process upon defendant Klarich.   The form was returned to the court as unexecuted, indicating that defendant Klarich is deceased.  Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action.  Ninety days have expired since the court received notice of plaintiff's death.  The court accepts the

suggestion of death upon the record.  Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall be dismissed as to the deceased party."  Absent such a statement, this case will be dismissed on September 5, 2006.

IT IS SO ORDERED.

**Dated:    June 6, 2006**                          **/s/  William M. Wunderlich**
mmkd34                                       UNITED STATES MAGISTRATE JUDGE