IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY JONES,

    Plaintiff,                                CV F 03 5469 OWW WMW P

    vs.                                       ORDER RE: FINDINGS &
                                             RECOMMENDATIONS (#20)

GAI L LEWIS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On April 25, 2006, findings and recommendations were entered, recommending dismissal of defendants Lewis, Brewer and Johnson for failure to state a claim.  Plaintiff was provided an opportunity to file objections within thirty days.  Plaintiff did not file objections to the findings and recommendations.  On June 7, 2006, and order suggesting death upon the record was entered, suggesting the death upon the record of Defendant Klarich, the remaining defendant.  The ninety day period within which to file a response has expired, and Plaintiff has not filed a response.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

1  73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
2  entire file, the court finds the findings and recommendations to be supported by the record and
3  proper analysis.
4              Accordingly, THE COURT HEREBY ORDERS that:
5              1.  The Findings and Recommendations issued by the Magistrate Judge on April
6  25, 2006, are adopted in full; and
7              2.  Defendants Lewis, Brewer and Johnson are dismissed for failure to state a
8  claim upon which relief can be granted.
9              3.  Defendant Klarich is dismissed.  The Clerk is directed to close this case.

14  IT IS SO ORDERED.

15  Dated:   February 25, 2007                                /s/ Oliver W. Wanger
    emm0d6                                                    UNITED STATES DISTRICT JUDGE

2